Submitted December 30, 2019; remanded for resentencing, otherwise affirmed
January 23, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MICHAEL CHRISTOPHER REYES,
*Defendant-Appellant.*

Umatilla County Circuit Court
17CR04828; A168052

456 P3d 385

Daniel J. Hill, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Laura A. Frikert, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Philip Thoennes, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Aoyagi, Judge, and Kistler, Senior Judge.

PER CURIAM

Remanded for resentencing; otherwise affirmed.

**PER CURIAM**

Defendant, who was convicted of assaulting a public safety officer, ORS 163.208, argues on appeal that the trial court erred in imposing a sentence of 42 months' imprisonment and 24 months' post-prison supervision, which exceeds the statutory maximum of 60 months for that offense, ORS 161.605(3). The state concedes the error. We agree, accept the state's concession, and, for the reasons set out in *State v. Jepsen*, 292 Or App 884, 885, 425 P3d 507 (2018), exercise our discretion to correct the error. We reject defendant's remaining assignment of error without discussion.

Remanded for resentencing; otherwise affirmed.